RECEIVED
APR 2 2 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DANNON KEITH SELLERS | CIVIL ACTION NO. 6:14-cv-03453 |
| VERSUS | JUDGE DOHERTY |
| CHARLES B. PLATTSMIER, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the plaintiff's civil rights complaint is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Lafayette, Louisiana, this 22 day of April, 2015.

Rebecca F. Doherty
United States District Judge